THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SAM SACCO, Appellant.

---

* Verdict was for $1,500 ordinary damages and for $500 punitive damages, making a total of $2,000 in an action for libel imputing dishonesty. For opinion of Trial Term see 127 Mi c. 531.— [REP.

— Judgment of conviction of the County Court of Kings county unanimously affirmed. No opinion. Present — Kelly, P. J., Manning, Young, Lazansky and Hagarty, JJ.